# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.      2:24-cv-06107-VBF-AJR                              Date:  November 19, 2024
                                                                  Page 1 of 3

Title:        Samuel Kraemer v. Deputy Yamamoto

---

DOCKET ENTRY:    **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On July 18, 2024, *pro se* Plaintiff Samuel Kraemer ("Plaintiff"), then incarcerated in the Twin Towers Correctional Facility, filed a Complaint which the Court construed as a civil rights action pursuant to 42 U.S.C. § 1983 (the "Complaint"). (Dkt. 1.)  On July 26, 2024, the Court dismissed Plaintiff's Complaint with leave to amend for various pleading deficiencies and directed Plaintiff to file a First Amended Complaint ("FAC"). On August 28, 2024, Plaintiff filed a FAC against Defendant Deputy Yamamoto ("Defendant") in her official capacity. (Dkt. 6.)  Plaintiff's FAC sought monetary damages for pain and suffering related to an infected wound. (Id. at 6.)  On September 9, 2024, the Court dismissed Plaintiff's FAC with leave to amend for failure to state a claim against Deputy Yamamoto in her official capacity. (Dkt. 8.)  On October 7, 2024, Plaintiff filed a Second Amended Complaint ("SAC"). (Dkt. 12.)  Plaintiff's SAC named Deputy Yamamoto in her individual and official capacity, and sought monetary damages. (Dkt. 12 at 3, 6.)  Plaintiff's SAC alleged violations of his Fourteenth Amendment due process rights. (Id. at 5.)  On October 20, 2024, the Court dismissed Plaintiff's SAC with leave to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.     2:24-cv-06107-VBF-AJR                                   Date:  November 19, 2024
                                                                                           Page 2 of 3

Title:            Samuel Kraemer v. Deputy Yamamoto

amend and directed Plaintiff to file a Third Amended Complaint ("TAC") by November 8, 2024.  (Dkt. 13.)

More than a week has passed since Plaintiff's deadline to file a TAC in response to the Court's October 10, 2024 order.  As of today, Plaintiff has neither filed an amended complaint nor requested an extension of time in which to do so.  This action cannot move forward unless and until Plaintiff files an amended complaint.  Plaintiff is ordered to file a TAC, if any, by **December 2, 2024** or show cause why the action should not be dismissed with prejudice for failure to prosecute.  If Plaintiff chooses to file a TAC, it should attempt to remedy the pleading defects identified in the October 10, 2024 dismissal order (Dkt. 13), bear the docket number assigned to this case (2:24-cv-06107-VBF-AJR), be labeled "Third Amended Complaint," and be complete in and of itself without reference to the original Complaint, the FAC, the SAC, or any other documents (except any documents that Plaintiff chooses to attach to the TAC as exhibits).  Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant.  <u>Should Plaintiff decide to file a TAC, he is strongly encouraged to utilize the form complaint attached to this Order</u>.

**Plaintiff is expressly advised that if he does not file a TAC by the Court's deadline or respond to this order, the Court will recommend that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.**  If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  <u>A form Notice of Dismissal is attached for Plaintiff's convenience</u>.

The Court takes judicial notice of the fact that the California Department of Corrections and Rehabilitation's California Incarcerated Records and Information Search (CIRIS) now reflects that Samuel Kramer is incarcerated at North Kern State Prison in Delano, CA.  Accordingly, the Court directs the Clerk of Court to mail a copy of this order and Dkt. 13 to Samuel Kraemer, P.O. Box 567, Delano, CA 93216-0567. Plaintiff is advised that pursuant to the Central District's Local Rule 41-6, he has an obligation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    2:24-cv-06107-VBF-AJR                              Date:  November 19, 2024
                                                                Page 3 of 3

Title:       Samuel Kraemer v. Deputy Yamamoto

to keep the Court informed of his current address of record or the Court may dismiss this action:

> ***L.R. 41-6 Dismissal - Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address.*** A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

C.D. Cal. L.R. 41-6.

    IT IS SO ORDERED.

Attachments:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.
Dkt. 13, Order Dismissing Second Amended Complaint with Leave to Amend