# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KRAEMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY YAMAMOTO,<br><br>　　　　Defendant. | Case No. 2:24-cv-06107-VBF-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 17, 2025　　　　　　　　/s/ Valerie Baker Fairbank

　　　　　　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE